# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101−1708

In re:  Bk. No. 14−11065−JMD
Chapter 11

Silver Lake Hardware & Custom Millwork, Inc.
    Debtor

## NOTICE OF COURT FEE DUE

The following fees are currently due and owing to the Clerk's Office under 28 U.S.C. § 1930(b) and the Miscellaneous Bankruptcy Fees Schedule. Failure to pay the fees will result in the scheduling of an Order to Show Cause hearing and posssible dismissal of the case and/or motion.

Fee related to Doc. No.: 175

Fee is owed by: Debtor

Type of fee: Motion to Sell Free & Clear

Amount Due: $176.00

**Fee Due on or before: March 25, 2015**

Personal checks and credit/debit cards of the debtor will not be accepted.

If mailing the payment, the money order or cashier's check should be made payable to the Clerk, U.S. Bankruptcy Court and sent to the address listed on the top of this form. Do not send cash through the mail. If making the payment in person, cash is accepted, exact change only.

See Local Bankruptcy Rules 5080−1 and 5081−1 for information regarding fees.

Date: March 18, 2015  Bonnie L. McAlary, Clerk
By: /s/ Dori Sommer
Deputy Clerk

**INCLUDE A COPY OF THIS NOTICE WITH YOUR PAYMENT**

Form ntccrtfeedue−840